

## NUMBER 13-11-00149-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

**BRUCE MILLER, ET AL.,**                                        **APPELLANTS,**

**v.**

**CLR GROUP, LLC, ET AL.,**                                        **APPELLEES.**

### On Appeal from the 332nd District Court
### of Hidalgo County, Texas.

## MEMORANDUM OPINION

**Before Justices Rodriguez, Vela, and Perkes**
**Memorandum Opinion Per Curiam**

Appellants, Bruce Miller, et al., perfected an appeal from a judgment entered by the 332nd District Court of Hidalgo County, Texas, in cause number C-2403-10-F. On September 20, 2011, the appeal was abated to allow the parties an opportunity to enter into a settlement agreement. This appeal is hereby REINSTATED.

The parties have filed a joint motion to dismiss the appeal on grounds the parties have settled their underlying disputes. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the joint motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
29th day of March, 2012.